■ FS KIDS, LLC, Doing Business as BUDWEY's FOOD MARKET, et al., on on Behalf of Themselves and All Others Similarly Situated as Former Employee Members/Participants in the Wholesale and Retail Workers' Compensation Trust of New

York, Appellants, v COMPENSATION RISK MANAGERS, LLC, Respondent. [921 NYS2d 587]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered August 4, 2009 in a breach of contract action. The order, among other things, denied plaintiffs' motion to supplement the record.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on March 30, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.